# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

TRAVIS ORSO

VERSUS

THE STATE OF LOUISIANA

NO.  2025 CW 1300

**FEBRUARY 23, 2026**

---

In Re:    The State of Louisiana, applying for supervisory writs, 17th Judicial District Court, Parish of Lafourche, No. 152562.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

**WRIT GRANTED WITH ORDER.** There is no ruling of the district court on the motion to dismiss filed by the State of Louisiana and no hearing has been held on that motion. If an order applied for by written motion is one to which the mover is not clearly entitled, the motion shall be served on and tried contradictorily with the adverse party. La. Code Civ. P. art. 963(B). The writ is granted for the sole purpose of remanding to the district court with instructions to hear and rule on the motion to dismiss prior to trial.

WIL
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT